■ IRENE ANDERSON, Respondent, v. CLYDE ALLSOP et al., Appellants, and ROBERT C. WEAVER, as State Rent Administrator, Intervenor-Respondent.— Motion to dismiss purported appeals from the Appellate Term. Motion granted,

* Not published with other decisions of April 29, 1958, 5 A D 2d 986 and Sept. 23, 1958, 6 A D 2d 1002.— [REP.

without costs, and appeals dismissed. (Cf. Civ. Prac. Act, § 623, subd. 1; § 624, subd. 2; Rules App. Div., 2d Dept., rule XXVI.) Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.